1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

FILED
APR 1 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>             Plaintiffs,<br>     vs.<br><br>CLEVELAND WRECKING COMPANY, a California corporation,<br><br>             Defendant. | Case No.: c 05-0588 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON** |

/ / / / /

NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON;
Case No. C 05-0588 MHP

- 1 -

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action, and request the Court to enter an order in conformity with their voluntary dismissal of the matter.

Dated this 15th day of April of 2005

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

**ORDER**

Based upon the above and pursuant to Federal Rule Of Civil Procedure 41(a), this matter is dismissed.

Dated: April 18, 2005

_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON;
Case No. C 05-0588 MHP